**Brandon Contreras**
FULL NAME

COMMITTED NAME (if different)

**Santa Barbara County Jail**
FULL ADDRESS INCLUDING NAME OF INSTITUTION
**4436 Calle Real - Santa Barbara CA 93101**

**Booking # 028810**
PRISON NUMBER (if applicable)

FILED
CLERK, U.S. DISTRICT COURT
JUL 30 2021
CENTRAL DISTRICT OF CALIFORNIA
BY RO  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**Brandon Troy Contreras**
PLAINTIFF,

v.

**County of Santa Barbara**
DEFENDANT(S).

CASE NUMBER
**2:21-CV-06210-VAP-SK**
To be supplied by the Clerk

CIVIL RIGHTS COMPLAINT
PURSUANT TO (Check one)
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☒ No

2. If your answer to "1." is yes, how many? _____

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff _____

   Defendants _____

b. Court _____

c. Docket or case number _____
d. Name of judge to whom case was assigned _____
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
f. Issues raised: _____

g. Approximate date of filing lawsuit: _____
h. Approximate date of disposition _____

B. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes ☒ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes ☒ No

   If your answer is no, explain why not  The complaint is related to unlawful and overly agressive prosecution tactics involving the County of Santa Barbara.

3. Is the grievance procedure completed? ☐ Yes ☒ No

   If your answer is no, explain why not  the Santa Barbara District Attorney's office does not have a formal grievance process.

4. Please attach copies of papers related to the grievance procedure.

C. **JURISDICTION**

This complaint alleges that the civil rights of plaintiff  Brandon Troy Contreras
(print plaintiff's name)
who presently resides at  4436 Calle Real, Santa Barbara California 93110,
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
Santa Barbara Superior Court, Santa Barbara California
(institution/city where violation occurred)

**CIVIL RIGHTS COMPLAINT**                                                Page 2 of 6

CV-66 (7/97)

on (date or dates) __November 2018__, __December 2019__, __Current__.
                            (Claim I)     (Claim II)     (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Aaron Coney__ resides or works at
   __118 East Figueroa Street, Santa Barbara CA 93101__
   (full address of first defendant)
   __Office of Joyce Dudley - District Attorney__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law: __Used Unlawful, manipulative and unethical prosecution tactics to Entrap me into a False Confession__

2. Defendant __Anthony Michael Carty__ resides or works at
   __228 East Victoria, Santa Barbara CA 93101__
   (full address of first defendant)
   __Conflict Attorney - County BAR Association__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law: __Fraudulently Staffed Conflict attorney who aided District Attorney, Aaron Coney in Entrapping me in a false confession__

3. Defendant __Sanford C. Horowitz__ resides or works at
   __1334 Anacapa St. Santa Barbara California 93101__
   (full address of first defendant)
   __Conflict Attorney - County Bar Association__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law: __Fraudulently assigned Conflict attorney who makes false Claims regarding my guilt and Falsely represents me on open California case Number - 19CR11852.__

4. Defendant __Judge John Adams__ resides or works at
   (full name of first defendant)
   __118 East Figueroa St, Santa Barbara California 93101__
   (full address of first defendant)
   __California Sitting Judge__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law: __Worked with Aaron Corey and Michael Carty to entrap me on a False Confession on California Case No. 18CR10377__

5. Defendant __Judge Michael J. Camozzo__ resides or works at
   (full name of first defendant)
   __118 East Figueroa St, Santa Barbara California 93101__
   (full address of first defendant)
   __California Sitting Judge__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law: __working with Attorney Sanford C. Horowitz and Aaron Corey to wrongfully prosecute and convict me on open California case number 19CR11852.__

## D. CLAIMS*

### CLAIM I

The following civil right has been violated:

Since 2018 - SANTA BARBARA County has assigned me Fraudulent Conflict attorneys through a Fictitious entity entitled, County Bar Association located at the USPS post office address of: 105 west Carrillo St, #106, Santa Barbara California 93101. In 2019 - Santa Barbara's District Attorney's Office Submitted a Fraudulent Arson Case, California Case number, 19CR00266 as an Entrapment tool to entice me into giving a False confession on case number 18CR10377 and accepting a Serious, nonviolent Strike and limit my abilities to seek trial on case number, 18CR10377. Currently on open case 19CR11852, Aaron Corey, Judge Michael J. Carrozzo and Fraudulent conflict attorney, Sanford C. Horowitz are attempting to falsely convict me on a False allegation using unlawful tactics.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Previous documents Submitted to United States District Court, recieved by Deputy Clerk R. Olmos, dates October 2020 to current.

19CR11852 - FORGED Plea Agreement
20CR07354 - misdemeanor allegation Submitted to limit my ability to be released From Jail.

19CR00266 - A Fraudulent Arson Charge Stemming From an incident that took place on July 18, 2018 Filed Six months later while I was detained on 18CR10377 to Entrap me into giving a false confession and recieving a serious non violent strike.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

### E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

* Coverage For False Imprisonment
* Full Exoneration of Case Numbers: 18CR10377, 19CR11852, 19CR00266 and 20CR07354
* Reimbersment of $105,000 bail at 10% $10,500.
* Reversal of Non Violent Strike issued on case number 18CR10377
* Ability to Go to trial or pursue a dismissal on Case Number 19CR11852
* Terapy Services Coverage
* Occupational Rehabilitation and transitional living expenses
* Assistance pursuing a post graduate Degree.

July 25th 2021
(Date)

*B*
(Signature of Plaintiff)

RE: Santa Barbara Municipal, also known as, Superior Court - California Case Numbers:
18CR11852, 19CR11852, 19CR00266 and 20CR07354

also Regarding - STATE BAR of California Case Numbers: 20-O-16322, 20-O-16321 and 20-O-16320 ⟨linked⟩ 21-O-08266   [Rest in Peace]

TO: UNITED STATES, Deputy Clerk
R. Olmos
UNITED STATES DISTRICT COURT
Central District of California
Office of The Clerk
225 East Temple Street, Room 180
Los Angeles California 90012

Dear R. Olmos,                                July 25, 2021

Please find attached:
A CV-66 Complaint and a CV-60P Request to Proceed Without Repayment Declaration.

Thank you for All the Support and, your Continued Service.

Very Sincerely,
Brandon Troy Contreras

Booking CID No. 0281810

Return Address - SANTA BARBARA County Jail - 4436 Calle Real, Santa Barbara California 93110



Brandon Troy Contreras
Booking/CIID No. 0281810
Santa Barbara County Jail
4436 Calle Real
Santa Barbara, California
93110

United States
Deputy Clerk,
R. Olmos
UNITED STATES District Court
Central District of California
Office of The Clerk
255 E. Temple St., Room 180
Los Angeles, California 90012